UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA                      )
                                              )
             v.                               )        Cr. No.  1:22-cr-46-SE (1/4)
                                              )
NAFIS QUAYE                                   )
                                              )
_____

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named

defendant having been filed in the above-entitled case on the 18th day of April, 2022.

This 18th day of April, 2022.

JOHN J. FARLEY
United States Attorney


By:     /s/ Charles L. Rombeau
        Charles L. Rombeau
        Assistant U.S. Attorney


WARRANT ISSUED: _____