UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | Case No. 1:22-cr-0046-SE |
|---|---|
| V. | |
| SUNNA SEPETU, et al. | |

MOTION TO UNSEAL CASE

The government respectfully requests that this case, including the Indictment and all corresponding docket entries, be unsealed.   Defendants Sepetu, Quaye and Osabutey have been or will be arraigned shortly and are aware of the pending charges.   Defendant Ansah's whereabouts are unknown and his arrest is not imminent, but the unsealing of the case will assist in management of the matter moving forward.   It is no longer necessary for this matter to remain under seal.

    Respectfully submitted,

    JANE E. YOUNG
    United States Attorney

Dated: May 25, 2022    By:    /s/ Charles L. Rombeau
    Charles L. Rombeau
    Assistant U.S. Attorney

Motion:    ☐ Granted    ☐ Denied

_____
United States District Court
District of New Hampshire
Date: