**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

United States of America

v.

Sunna Sepetu

1:22-cr-00046-SE-1

**NOTICE OF CHANGE OF ADDRESS**

The accused, Sunna Sepetu, through counsel, John P. Newman, Esq., hereby notifies this Court that her address is now 23 Brook Street, Unit 3, Nashua, NH 03060.  Consistent with her Order Setting Conditions of Release, she has already notified her pretrial release contact at the United States Probation Office.

Respectfully submitted,

*/s/ John P. Newman*
John P. Newman, Esq.
NHBA No.:  8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603
john@newmanlawnh.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been forwarded by electronic mail through the ECF system on July 26, 2022 to Charles L. Rombeau, Esq., and to counsel for the codefendants.

*/s/ John P. Newman*
John P. Newman