UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Case No. 22-cr-00046-SE |
| | ] | |
| NAFIS QUAYE | ] | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

I, Nafis Quaye, waive my constitutional and statutory rights to a speedy trial and agree and understand that my trial will be continued from July 19, 2002, and placed on the complex scheduling track. I agree to this delay for the reasons set forth in an ASSENTED TO MOTION FOR COMPLEX CASE DESIGNATION AND TO CONTINUE TRIAL, filed on my behalf by my attorney, Assistant Federal Defender Eric Wolpin, on June 30, 2022.

Respectfully submitted,

07/30/2022
Date

Nafis Quaye