IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.    ] | No. 22-cr-46-SE-2 |
| ] | |
| NAFIS QUAYE  ] | |
| ] | |

### ASSENTED TO REQUEST TO CANCEL HEARING

Nafis Quaye respectfully moves the Court to cancel the hearing currently scheduled for November 14, 2022.

Per the Court's order, Mr. Quaye arranged travel for this week to Ghana, communicated his arrangements with Probation, posted the necessary surety, and obtained his passport from the Court. An issue with his immigration paperwork arose that brought into question his ability to travel abroad as scheduled. Counsel understands that Mr. Quaye met with immigration officials and resolved that issue. In light of this delay, Mr. Quaye was unable to utilize the tickets on their scheduled date. Pursuant to the Court's order governing canceled plans, Mr. Quaye returned his passport to the Court today and communicated with his Probation Officer.

With these issues resolved, Mr. Quaye intends to reserve new travel arrangements and clear those arrangements with Probation per the Court's order. The process of making travel arrangements, communicating with Probation, and obtaining his passport from the Court is essentially restarting anew. The parties are not seeking any changes to Mr. Quaye's existing release conditions. Should Mr. Quaye

secure new travel arrangements, clear those arrangements with Probation, and travel abroad, the Defense anticipates holding a hearing upon his return in accordance with the Court's release order.

Unless the Court seeks additional information from the parties, Mr. Quaye respectfully moves the Court to cancel the hearing currently scheduled for November 14, 2022. The government, through AUSA C. Rombeau has no objection to this request, and Counsel spoke with USPO McCormick about this request prior to filing.

Respectfully submitted,

Dated:  November 10, 2022

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org

### CERTIFICATE OF SERVICE

I hereby certify that the above document was served electronically on November 10, 2022, upon all counsel of record through the CM/EF filing system.

*/s/ Eric Wolpin*
Eric Wolpin