# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Case No. 22-cr-46-02 SE

<u>Nafis Quaye, et al</u>

<u>ORDER</u>

The assented-to motion to continue trial (doc. no. 40) filed by the defendant is granted. Final Pretrial Conference is rescheduled to January 11, 2024, at 10:00 am. Trial is continued to the two-week period beginning January 23, 2024, 9:30 am.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the defendant and the public in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the assented-to motion.

Sunna Sepetu and Stella Osabutey shall file a waiver of or certification regarding speedy trial rights within 10 days (see LR 12.1(d)). Absent such a waiver or certification, those parties and the government shall be prepared for jury selection and trial during the two-week period beginning October 17, 2023.

SO ORDERED.

By the Court,

_____
Samantha D. Elliott
United States District Judge

Date: September 5, 2023

cc:    U.S. Marshal
       U.S. Probation
       Counsel of Record