IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 22-CR-46-SE-1-3 |
| ] | |
| NAFIS QUAYE ] | |
| SUNNA SEPETU ] | |
| STELA OSABUTEY ] | |

## ASSENTED-TO MOTION TO SET TRIAL RELATED DEADLINES

The defendant, Nafis Quaye, respectfully moves the Court to set trial related deadlines in accordance with the chart presented below. The parties have conferred and the government, via AUSA Charles Rombeau; Ms. Sepetu, via attorney John Newman; and, Ms. Osabutey, via attorney Chuck Keefe, have no objection to the proposed deadlines.

| Event | Date | Reference |
|---|---|---|
| DISCOVERY FROM DEFENSE | December 11, 2023 | (1.5 months before trial) |
| *GIGLIO* FOR TESTIFYING WITNESSES | November 23, 2023 | (2 months before trial) |
| EXPERT WITNESSES -GOVT | November 23, 2023 | (2 months before trial) |
| EXPERT WITNESSES – DEF | December 11, 2023 | (1.5 months before trial) |
| WITNESS STATEMENTS | November 23, 2023 | (2 months before trial) |
| 404(b) EVIDENCE | November 23, 2023 | (2 months before trial) |
| DISPOSITIVE/EVIDENTIARY MOTIONS | December 11, 2023 | (1.5 months before trial) |
| IN LIMINE MOTIONS | December 23, 2023 | (1 month before trial) |
| JERS STATEMENT | January 9, 2024 | (0.5 months before trial) |
| EXHIBITS AND WITNESS LISTS | December 23, 2023 | (1 month before trial) |

Respectfully submitted,

Dated: September 28, 2023

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org