AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.  22-CR-00046-SE-02 |
| Sepetu et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nafis Quaye                                                                                                      .

Date:    11/06/2023

_____
Attorney's signature

Behzad Mirhashem, NH Bar No. 10031
Printed name and bar number

Federal Defender Office
22 Bridge Street, Box #12
Concord, NH 03301
Address

Behzad_Mirhashem@fd.org
E-mail address

(603) 226-7360
Telephone number

(603) 665-0053
FAX number