UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNNA SEPETU, et al. | Case No. 1:22-cr-0046-SE |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES

The government, with assent from counsel for defendants Nafis Quaye, Sunna Sepetu, and Stella Osabutey, moves the Court to continue the jury trial in this case, currently scheduled for jury selection on January 23, 2024, approximately 60 days to the Court's March 19, 2024 selection date.

As discussed during the January 8, 2024, status conference, the government and the parties believe such a continuance will allow for the orderly preparation of this matter for trial and, in these circumstances, the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  The parties have additionally conferred and propose the following schedule for trial and related deadlines.  Any additional deadlines not identified below shall be governed by the local rules.

| Event | Date |
|---|---|
| Government to identify any statements of any defendant expected to be introduced at trial | January 19, 2024 |
| Defense to make any motions to sever | February 2, 2024 |
| Government's 404(b) notice | February 2, 2024 |
| Government's Exhibits and Witness List | February 12, 2024 |
| Government to disclose any remaining exculpatory and impeachment material and witness statements | February 19, 2024 |
| Defense Exhibits and Witness Lists | March 8, 2024 |

| Motions in Limine | March 12, 2024 |
| --- | --- |
| JERS Notice to the Court | March 12, 2024 |
| Proposed Jury Instructions | March 12, 2024 |

                                    Respectfully submitted,

                                    JANE E. YOUNG
                                    United States Attorney

Dated: Jan 10, 2024              By:    /s/ Charles L. Rombeau
                                                Charles L. Rombeau
                                                Assistant U.S. Attorney