UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Sunna Sepetu *et al*

1:22-cr-00046-SE

### DEFENDANT SUNNA SEPETU'S RESPONSE TO MOTION TO SEVER CODEFENDANTS' TRIALS

Defendant Sunna Sepetu, through counsel, John P. Newman, Esq., hereby responds to Defendant Quaye's Motion to Sever Codefendants' Trials (Doc. 52) and informs the Court that she takes no position on the Motion.

Respectfully submitted,

*/s/ John P. Newman*
John P. Newman, Esq.
NHBA No.:  8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603
john@newmanlawnh.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response has been forwarded by electronic mail through the ECF system on February 5, 2024 to Charles L. Rombeau, Esq., and to counsel for the codefendants.

*/s/ John P. Newman*
John P. Newman