THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-00046-SE-3 |
| ) | |
| STELLA OSABUTEY ) | |

DEFENDANT STELLA OSABUTEY'S RESPONSE TO MOTION
TO SEVER CODEFENDANTS' TRIALS

Defendant Stella Osabutey, through counsel, Charles J. Keefe, Esq., hereby responds to Defendant Quaye's Motion to Sever Codefendants' Trial (document no.: 52) and informs the Court that she takes no position on the Motion.

                                                      Respectfully submitted
                                                      Stella Osabutey
                                                      By her attorneys,

Dated:  February 6, 2024                  /s/  Charles J. Keefe
                                                      Charles J. Keefe, NH Bar No.:  14209
                                                      Wilson, Bush & Keefe, P.C.
                                                      378 Main Street
                                                      Nashua, New Hampshire 03060
                                                      (603) 595-0007
                                                      keefe@wbdklaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Stella Osabutey's Response to Motion to Sever Codefendants' Trials was this day forwarded to Charles L. Rombeau, Esquire, Assistant United States Attorney, and to all defense attorneys of record, through the Electronic Case Filing System.

Dated:  February 6, 2024                  /s/  Charles J. Keefe
                                                      Charles J. Keefe