UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Sunna Sepetu *et al.*

1:22-cr-00046-SE

**DEFENDANT SUNNA SEPETU'S WITNESS LIST**

Defendant Sunna Sepetu, through counsel, John P. Newman, Esq., hereby submits her Witness List for trial. Ms. Sepetu also reserves the right to call any witness identified on Defendant Nafis Quaye's Witness List and/or any witness identified on the Government's Witness List.

Nuru Mkeremi
Burlington, MA

Respectfully submitted,

*/s/ John P. Newman*
John P. Newman, Esq.
NHBA No.: 8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603
john@newmanlawnh.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been forwarded by electronic mail through the ECF system on March 8, 2024 to Charles L. Rombeau, Esq., and to counsel for the codefendants.

*/s/ John P. Newman*
John P. Newman