IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA     ]
    ]
v.     ]     No. 22-cr-46-SE
    ]
NAFIS QUAYE     ]
SUNNA SEPETU     ]

## DEFENDANT'S WITNESS LIST (NAFIS QUAYE)

Nafis Quaye, by his attorneys Eric Wolpin and Behzad Mirhashem, hereby submits his witness list for trial.

1. Edgar Quansah       Massachusetts

2. Kwame Nkromah       Massachusetts

3. Fernando Rivas       Massachusetts

4. J Arsenault       New Hampshire

Respectfully submitted,

Dated:  March 8, 2024       */s/  Eric Wolpin*_____
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served electronically on March 8, 2024, upon all counsel of record through the CM/EF filing system.

*/s/ Eric Wolpin*_____
Eric Wolpin