UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

    v.

SUNNA SEPETU and
NAFIS QUAYE

Case No. 1:22-cr-0046-SE

GOVERNMENT'S AMENDED WITNESS LIST

    The United States of America, by Jane E. Young, United States Attorney for the District

of New Hampshire, hereby files its Amended Witness List for trial. In its case in chief, the

government intends to call all or some of the following witnesses:

Tom Connolly
New Hampshire Secretary of State

Derek Dunn
Special Agent, DHS-HSI

Lisa LaForte
Criminal Analyst, DHS-HSI

Kwaku Ofori-Amanfo
Worcester, MA

Stella Osabutey
Worcester, MA

Leodenni Pena
Ft. Lauderdale, Florida

Maryann Schirmer
San Antonio, TX

Shawn Serra
Special Agent, DHS-HSI

Ben Slocum
Special Agent, DHS-HSI

Jason Stetz
United States Border Patrol

The United States reserves the right to call anyone identified on the Defendants' Witness

List(s) and to amend its Witness List.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: March 18, 2024

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant United States Attorney
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552

2