UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUNNA SEPETU and<br>NAFIS QUAYE | Case No. 1:22-cr-0046-SE |

GOVERNMENT'S RESPONSE TO QUAYE'S MOTION
FOR TWO EXTRA PEREMPTORY CHALLENGES

    Defendant Nafis Quaye has filed a motion seeking to have the Court grant him a total of eight peremptory challenges at the jury selection on March 18, 2024. Dkt. No. 74. The government takes no position on the request as such matters appear squarely left to the discretion of the trial court. While as of this filing it does not appear that Defendant Sepetu has joined in the request, the government requests that if the additional peremptory challenges are granted, they are provided equally to each defendant.

 

|  |  |
|---|---|
| | Respectfully submitted,<br><br>JANE E. YOUNG<br>United States Attorney |
| Dated: March 18, 2024 | By: /s/ Charles L. Rombeau<br>Charles L. Rombeau<br>Assistant United States Attorney<br>53 Pleasant Street, 4th Floor<br>Concord, NH  03301<br>(603) 225-1552 |