UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                                     Civil No. 22-cr-46-SE

<u>Sunna Sepetu et al.</u>

O R D E R

Jury selection in this case is scheduled for March 18, 2024. Simultaneously, a jury in 22-cv-478 will be selected before a different judge. Because of the potential for many venire members to be excused from each pool, it is anticipated that those who are excused from one pool may be added to the other pool. Given the anticipated need to avoid persons excused from one pool from mixing with remaining members of that pool, it is hereby ordered that the venire members who are still at the courthouse during the lunch break are to be held in partial sequestration on the date of selection pursuant to 28 U.S.C. § 1871(e). Such venire members are to be kept together and not to separate to the extent possible.

It is further ordered that the Clerk's Office is directed to procure lunch for the semi-sequestered jurors and to charge the costs of the juror meals and any delivery fee to the juror fee appropriation.

SO ORDERED.

                                                             _____
                                                             Samantha D. Elliott
                                                             United States District Judge

March 19, 2024

cc: Counsel of Record in both cases