UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Sunna Sepetu

1:22-cr-00046-SE-1

## ASSENTED-TO JOINT MOTION TO EXTEND RULE 29 BRIEF DEADLINE

Defendants Sunna Sepetu and Nafis Quaye, jointly request that this Court grant this motion to extend the deadline for filing of briefs in support of their Rule 29 motions from April 9, 2024, to May 20, 2024, so that a transcript of the trial testimony can be produced.

In support, it is stated:

1. On March 28, 2024, a jury returned guilty verdicts as to both defendants.

2. Both defendants made motions pursuant to Federal Rule of Criminal Procedure 29 at the close of the Government's case-in-chief, and at the close of both of the codefendant's cases.

3. The Court has reserved its ruling on these motions.

4. After the verdict, counsel requested 14 days to brief their Rule 29 arguments. The Court granted this request. That deadline is April 9, 2024.

5. Counsel for Ms. Sepetu will be filing a request for trial testimony of all witnesses.

6. The standard timeframe for the production of such transcripts is 30 days from the date of the Court's order granting the request to produce transcripts. The transcripts can be produced in 3 days or in 14 days, which would be more expensive.

7. Accordingly, counsel requests that the deadline for submission of briefs in support of their Rule 29 motions be extended to May 20, 2024.

8. Because the timeframe is not yet settled, counsel will await the Court's ruling on this motion before filing the request for trial transcripts.

9. The United States, through prosecuting attorney, Charles L. Rombeau, Esq., assents to this motion. Eric Wolpin and Behzad Mirhashem, counsel for codefendant Nafis Quaye, join in the request to extend the deadline as to Ms. Sepetu and make the same request as to Mr. Quaye.

WHEREFORE, Defendants Sunna Sepetu and Nafis Quaye jointly request that this Court grant this motion to extend the deadline for filing of their briefs in support of their Rule 29 motions from April 9, 2024, to May 20, 2024 so that a transcript of the trial testimony can be produced.

Respectfully submitted,

*/s/ John P. Newman*
John P. Newman, Esq.
NHBA No.:  8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603
john@newmanlawnh.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been forwarded by electronic mail through the ECF system on April 3, 2024 to Charles L. Rombeau, Esq., and to counsel for the codefendants.

*/s/ John P. Newman*
John P. Newman